UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00327

**Keithan Dixon,**
*Plaintiff,*

v.

**Henderson County Jail,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

Plaintiff Keithan Dixon, an inmate confined in the Henderson County Jail, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit pursuant to title 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation (Doc. 8) concluding that the lawsuit should be dismissed for want of prosecution and failure to obey an order. The court's records reflect that plaintiff received the report and recommendation on September 20, 2019. Doc. 9. As of today, plaintiff has neither responded nor complied with the order. The case should thus be dismissed for want of prosecution and failure to obey an order.

The report of the magistrate judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections being raised by plaintiff to the report, the court is of the opinion that the findings and conclusions of the magistrate judge are correct. It is therefore **ordered** that the complaint is **dismissed** without prejudice for want of prosecution and failure to obey an order of the court. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions not previously ruled on are **denied**.

*So ordered by the court on October 15, 2019.*

_____
J. CAMPBELL BARKER
United States District Judge